# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.:**   CV-08-7592-R                                              **DATE: MAY 22, 2009**

**TITLE: OLGA CARDONA CASTILLO -V- GUILLERMO CARLOS RODRIGUEZ**
================================================================

**PRESENT:**

<u>HON. MANUEL L. REAL, JUDGE</u>

<u>William Horrell</u>                                              <u>   N/A   </u>
**Deputy Clerk**                                                      **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

   Not present                                                         Not present

**PROCEEDINGS:** ORDER TO SHOW CAUSE why action should not be dismissed for lack of prosecution

THIS MATTER IS SET ON CALENDAR FOR HEARING ON JUNE 8, 2009 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF PLAINTIFF TO FILE A PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANTS.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

**MINUTES FORM II**                                              Initials of Deputy Clerk__WH___
**CIVIL - GEN**                              D-M